# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | MICROAGE TECHNOLOGY SERVICES, LLC | 11/30/2022 | Wire | $ 187,746.85 |
| Akorn Operating Company, LLC | MICROAGE TECHNOLOGY SERVICES, LLC | 12/9/2022 | Wire | $ 50,140.08 |
| Akorn Operating Company, LLC | MICROAGE TECHNOLOGY SERVICES, LLC | 12/30/2022 | Wire | $ 85,042.81 |
| Akorn Operating Company, LLC | MICROAGE TECHNOLOGY SERVICES, LLC | 1/13/2023 | Wire | $ 79,549.16 |
| | | | | $ 402,478.90 |