# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>MICROAGE TECHNOLOGY SERVICES, LLC,<br><br>Defendant. | Adv. Proc. No. 25-50339 (KBO)<br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Microage Technology Services, LLC (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 19, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 28, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint is May 28, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. The parties agree that Defendant shall have through and including June 25, 2025, to answer or otherwise plead to the Complaint.

Dated: May 19, 2025

| **Saul Ewing LLP** | **Ballard Spahr LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Michael Myers* |
| Evan T. Miller (DE Bar No. 5364) | Michael Myers |
| Paige N. Topper (DE Bar No. 6470) | 1 East Washington Street |
| 1201 N. Market Street, Suite 2300 | Suite 2300 |
| Wilmington, DE 19801 | Phoenix, AZ 85004-2555 |
| Telephone: (302) 421-6800 | Telephone (602) 798.5400 |
| evan.miller@saul.com | myersm@ballardspahr.com |
| paige.topper@saul.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |